# Press Release

## DTiQ and Huddle House Announce Agreement for Managed, Intelligent Video-based Surveillance Solutions

Improves operating efficiency and profitability for corporate and franchise locations across the United States

---

Boston and Atlanta, USA – 14 January 2020: Huddle House, Inc, the prominent family-style restaurant operator, has extended its preferred agreement with DTiQ, the leading provider of intelligent video-based surveillance solutions, for corporate and franchise locations across the United States. ==With DTiQ, Huddle House operators have a full view of each location—in real-time and on-demand—through a robust, cloud-based video surveillance platform.==

"To support the entire organization, we're standardizing on infrastructure and services from DTiQ because they offer the best solution, are easy to work with and can fully support both corporate and franchisee needs," said Troy Tracey, Chief Operating Officer for Huddle House.

"We work closely with Huddle House leadership to ensure a consistent, well-vetted model that empowers both corporate and franchise operators to optimize efficiency, performance and profit margins," said Joe Mignone, Chief Customer Officer for DTiQ. "They also benefit from DTiQ's audit capabilities and have the option to integrate POS data for further insight."

**EXHIBIT "B"**

The Master Purchasing Agreement is in place for all location types, providing continuity in process, deployment and infrastructure.

For more information, visit www.dtiq.com.

← BACK TO NEWSROOM

**Location**
Boston, MA
Atlanta, GA

**Publish Date**
January 14, 2020

**About DTiQ**

DTiQ improves how restaurants, convenience stores and retail locations are managed.  It is the world's leading provider of intelligent video-based surveillance and loss prevention services; combining state-of-the-art surveillance equipment with advanced, cloud-based analytics and managed services.  DTiQ has been in business for over 20 years, enhancing over 8 million consumer experiences daily, while protecting trillions of dollars of assets. DTiQ has over 45,000 customers including corporations and/or franchisees such as Adidas, Burger King, Charming Charlie, Dairy Queen, Golf Town, Hard Rock Café, KFC, McDonald's, Pandora, Subway, Swarovski, Taco Bell, US Polo, Vineyard Vines and Yankee Candle. For more information, visit www.DTiQ.com.

**About Huddle House**

Committed to serving "*Any Meal, Any Time*," Huddle House restaurants have become icons in the communities they serve throughout the country by *"Bringing Friends and Family Together, Over Delicious Food, Served from the Heart."* The core values on which the brand was founded – serving freshly prepared, quality home-style food in a warm, friendly environment that brings the community together – are as true today as they were when it was founded 54 years ago. Today, the Huddle House brand has more than 400 locations open or in development. On September 13, 2019 the company entered into an agreement to buy the rights to Perkins Restaurant & Bakery as well, which will bring the number of locations to more than 700.