**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| 1. A method of viewing, on a remote viewing device of a video surveillance system, multiple simultaneously displayed and stored video images, comprising the steps of: |  |

**CONFIDENTIAL**

**EXHIBIT "C"**

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| receiving video images at a personal computer based system from a plurality of video sources, wherein each of the plurality of video sources comprises a camera of the video surveillance system; | # System Features<br><br>### Video Compression<br>A choice of Fast MPEG4, Fast MPEG4-ASP, Fast H.264 or H.264 V2 compression for local recording is selectable by camera. A preview of compression as well as video attributes is available in real time from the configuration menu.<br><br>### Video Resolution<br>Video pixel resolution ranging from 320x240 to 640x480 per camera is selectable.<br><br>### Individual Camera Adjustment<br>Brightness, Contrast, Hue and Saturation are all adjustable for each individual camera.<br><br>### Multiple Interface Options<br>Software can be controlled with simple clicks of a mouse, or through a touch screen, on-screen keyboard or an optional wireless remote control.<br><br>### Multiple Display Options<br>Live video can be displayed in single camera for various multi-camera modes, configurable to your needs and can be switched with a single mouse click allowing you to see what you want, when you want.<br><br>### Recording Modes<br>Each camera can be configured to record in a variety of modes to best suit your needs. Motion Detect mode utilizes the built-in motion detection to record video only when motion is present, in conjunction with the Pre-Recoding mode you can rest assured nothing will be missed. Continuous recording mode allows for capture of video 24-7, while it is still possible to log motion events that make reviewing considerably easier.<br><br>### Motion Detection<br>Sensitivity and Areas for "motion ignore" can be set per camera. Multiple mask areas per image are allowed.<br><br>### Scheduling<br>Recording modes, as well as remote access and email alerts, are configurable by camera, and time and day of the week to ensure the best performance.<br><br>### Smart Recording<br>Smart Recording can be selected by camera to maximize recording speed. Smart Recording shares the full recording speed between those cameras actually recording at any one time. |

*CONFIDENTIAL*

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| digitizing any of the images not already in digital form using an analog-to-digital converter; | # System Features<br><br>**Video Compression**<br>A choice of Fast MPEG4, Fast MPEG4-ASP, Fast H.264 or H.264 V2 compression for local recording is selectable by camera. A preview of compression as well as video attributes is available in real time from the configuration menu.<br><br>**Video Resolution**<br>Video pixel resolution ranging from 320x240 to 640x480 per camera is selectable.<br><br>**Individual Camera Adjustment**<br>Brightness, Contrast, Hue and Saturation are all adjustable for each individual camera.<br><br>**Multiple Interface Options**<br>Software can be controlled with simple clicks of a mouse, or through a touch screen, on-screen keyboard or an optional wireless remote control.<br><br>**Multiple Display Options**<br>Live video can be displayed in single camera for various multi-camera modes, configurable to your needs and can be switched with a single mouse click allowing you to see what you want, when you want.<br><br>**Recording Modes**<br>Each camera can be configured to record in a variety of modes to best suit your needs. Motion Detect mode utilizes the built-in motion detection to record video only when motion is present, in conjunction with the Pre-Recoding mode you can rest assured nothing will be missed. Continuous recording mode allows for capture of video 24-7, while it is still possible to log motion events that make reviewing considerably easier.<br><br>**Motion Detection**<br>Sensitivity and Areas for "motion ignore" can be set per camera. Multiple mask areas per image are allowed.<br><br>**Scheduling**<br>Recording modes, as well as remote access and email alerts, are configurable by camera, and time and day of the week to ensure the best performance.<br><br>**Smart Recording**<br>Smart Recording can be selected by camera to maximize recording speed. Smart Recording shares the full recording speed between those cameras actually recording at any one time. |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| displaying one or more of the digitized images in separate windows on a personal computer based display device, using a first set of temporal and spatial parameters associated with each image in each window; | 

**Safety & Security**

Protect assets and employees, minimize liability, and even interact real-time.

# System Features

**Video Compression**

A choice of Fast MPEG4, Fast MPEG4-ASP, Fast H.264 or H.264 V2 compression for local recording is selectable by camera. A preview of compression as well as video attributes is available in real time from the configuration menu.

**Video Resolution**

Video pixel resolution ranging from 320x240 to 640x480 per camera is selectable.

**Individual Camera Adjustment**

Brightness, Contrast, Hue and Saturation are all adjustable for each individual camera.

**Multiple Interface Options**

Software can be controlled with simple clicks of a mouse, or through a touch screen, on-screen keyboard or an optional wireless remote control.

**Multiple Display Options**

Live video can be displayed in single camera for various multi-camera modes, configurable to your needs and can be switched with a single mouse click allowing you to see what you want, when you want. |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| | **Recording Modes**<br><br>Each camera can be configured to record in a variety of modes to best suit your needs. Motion Detect mode utilizes the built-in motion detection to record video only when motion is present, in conjunction with the Pre-Recoding mode you can rest assured nothing will be missed. Continuous recording mode allows for capture of video 24-7, while it is still possible to log motion events that make reviewing considerably easier.<br><br>**Motion Detection**<br><br>Sensitivity and Areas for "motion ignore" can be set per camera. Multiple mask areas per image are allowed.<br><br>**Scheduling**<br><br>Recording modes, as well as remote access and email alerts, are configurable by camera, and time and day of the week to ensure the best performance.<br><br>**Smart Recording**<br><br>Smart Recording can be selected by camera to maximize recording speed. Smart Recording shares the full recording speed between those cameras actually recording at any one time. |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| converting one or more of the video source images into a selected video format in a particular resolution, using a second set of temporal and spatial parameters associated with each image; | # System Features<br><br>**Video Compression**<br>A choice of Fast MPEG4, Fast MPEG4-ASP, Fast H.264 or H.264 V2 compression for local recording is selectable by camera. A preview of compression as well as video attributes is available in real time from the configuration menu.<br><br>**Video Resolution**<br>Video pixel resolution ranging from 320x240 to 640x480 per camera is selectable.<br><br>**Individual Camera Adjustment**<br>Brightness, Contrast, Hue and Saturation are all adjustable for each individual camera.<br><br>**Multiple Interface Options**<br>Software can be controlled with simple clicks of a mouse, or through a touch screen, on-screen keyboard or an optional wireless remote control.<br><br>**Multiple Display Options**<br>Live video can be displayed in single camera for various multi-camera modes, configurable to your needs and can be switched with a single mouse click allowing you to see what you want, when you want.<br><br>**Recording Modes**<br>Each camera can be configured to record in a variety of modes to best suit your needs. Motion Detect mode utilizes the built-in motion detection to record video only when motion is present, in conjunction with the Pre-Recoding mode you can rest assured nothing will be missed. Continuous recording mode allows for capture of video 24-7, while it is still possible to log motion events that make reviewing considerably easier.<br><br>**Motion Detection**<br>Sensitivity and Areas for "motion ignore" can be set per camera. Multiple mask areas per image are allowed.<br><br>**Scheduling**<br>Recording modes, as well as remote access and email alerts, are configurable by camera, and time and day of the week to ensure the best performance.<br><br>**Smart Recording**<br>Smart Recording can be selected by camera to maximize recording speed. Smart Recording shares the full recording speed between those cameras actually recording at any one time. |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| contemporaneously storing at least a subset of the converted images in a storage device in a network environment; |  OSS Off-Site Storage automatically uploads surveillance to DTiQ's secure video cloud, ensuring that video is saved in the event that your DVR is damaged or stolen. <br><br> # System Features <br><br> **Video Compression** <br> A choice of Fast MPEG4, Fast MPEG4-ASP, Fast H.264 or H.264 V2 compression for local recording is selectable by camera. A preview of compression as well as video attributes is available in real time from the configuration menu. <br><br> **Video Resolution** <br> Video pixel resolution ranging from 320x240 to 640x480 per camera is selectable. <br><br> **Individual Camera Adjustment** <br> Brightness, Contrast, Hue and Saturation are all adjustable for each individual camera. <br><br> **Multiple Interface Options** <br> Software can be controlled with simple clicks of a mouse, or through a touch screen, on-screen keyboard or an optional wireless remote control. <br><br> **Multiple Display Options** <br> Live video can be displayed in single camera for various multi-camera modes, configurable to your needs and can be switched with a single mouse click allowing you to see what you want, when you want. <br><br> **Recording Modes** <br> Each camera can be configured to record in a variety of modes to best suit your needs. Motion Detect mode utilizes the built-in motion detection to record video only when motion is present, in conjunction with the Pre-Recoding mode you can rest assured nothing will be missed. Continuous recording mode allows for capture of video 24-7, while it is still possible to log motion events that make reviewing considerably easier. |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| contemporaneously storing at least a subset of the converted images in a storage device in a network environment; | **Motion Detection**<br><br>Sensitivity and Areas for "motion ignore" can be set per camera. Multiple mask areas per image are allowed.<br><br>**Scheduling**<br><br>Recording modes, as well as remote access and email alerts, are configurable by camera, and time and day of the week to ensure the best performance.<br><br>**Smart Recording**<br><br>Smart Recording can be selected by camera to maximize recording speed. Smart Recording shares the full recording speed between those cameras actually recording at any one time. |

*CONFIDENTIAL*

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| providing a communications link to allow an external viewing device to access the storage device; | # System Features<br><br>### Video Playback<br>Video clips are sorted and accessed by year/date/time and can be played back while current recording is taking place. Playback can be in single, quad or all camera views as well as a frame by frame thumbnail view allowing easy identification of any incident. Additional features are provided for single frame image enhancement and printing. Single frames can be enhanced for brightness, contrast and sharpness and exported in various graphic formats including JPEG, or printed directly from the software.<br><br>### Video Exporting<br>Individual video clips can be exported in standard AVI format, with time and date stamp and played in Windows Media Player. Backing up a whole block of time is simple with the new integrated backup utility. Not only can you select the timeframe, cameras, logs, etc., but the resulting CD includes a copy of the Video Playback program, allowing the end user to browse through it in the same way as if they were using a DTT On-Site server itself.<br><br>### Advanced Playback Features<br>It is also possible to search the recorded video for motion events in any chosen region of the video.<br><br>### Digital Watermarking<br>Digital Watermarking can be selected, to prove the integrity of recorded videos. This is particularly useful if recordings are to be used as evidence in court.<br><br>### Alarm and Email functions<br>The software can be configured to send alert emails, including time-stamped snapshots, when motion is detected, temperature modules detect highs or lows, backdoors or safes are opened, etc.<br><br>### Remote Communication<br>Watching video streams from one or many locations is supported by the built-in web server, allowing you to remote in from anywhere without any special software required. Web server supports live viewing with 2-way audio, as well as playback and system log auditing. Video can be streamed at 320x240 or 640x480 allowing for better remote video quality. |

## CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House

| Patent Claim Language | Application to Huddle House |
|---|---|
| receiving, from a remote viewing device remote located remotely from the video surveillance system, a request to receive one or more specific streams of the video images; | <br><br>With the 360iQ mobile application, you can step out of the office, but not away from your business.<br>- Watch Live and Historical video in High Definition from all your locations.<br>- Be everywhere at once. See multiple stores streaming simultaneously.<br>- Integrate your existing surveillance with transactional data.<br>- View transactions as they occur using Live Sales functionality.<br>- Our intuitive algorithms will flag incidents for you to review, saving you time & money.<br>- Be alerted when any suspicious activities occur such as discount abuse, employee meal abuse, backdoor theft, and more.<br>- Track your enterprise Key Performance Indicators in real time in one place using Reports.<br>- Use Custom Reports to tailor reports to your specific business needs.<br>- View reports generated by the 360iQ auditing team.<br>- Notify other users about questionable transactions so you can work as a team to resolve issues. |

*CONFIDENTIAL*

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| transmitting, either directly from one or more of the plurality of video sources or from the storage device over the communication link to the remote viewing device, and in the selected video format in the particular resolution, the selected video format being a progressive video format which has a frame rate of less than substantially 24 frames per second using a third set of temporal and spatial parameters associated with each image, a version or versions of one or more of the video images to the remote viewing device, wherein the communication link traverses an external broadband connection between the remote computing device and the network environment; and | With the 360iQ mobile application, you can step out of the office, but not away from your business.<br>- Watch Live and Historical video in High Definition from all your locations.<br>- Be everywhere at once. See multiple stores streaming simultaneously.<br>- Integrate your existing surveillance with transactional data.<br>- View transactions as they occur using Live Sales functionality.<br>- Our intuitive algorithms will flag incidents for you to review, saving you time & money.<br>- Be alerted when any suspicious activities occur such as discount abuse, employee meal abuse, backdoor theft, and more.<br>- Track your enterprise Key Performance Indicators in real time in one place using Reports.<br>- Use Custom Reports to tailor reports to your specific business needs.<br>- View reports generated by the 360iQ auditing team.<br>- Notify other users about questionable transactions so you can work as a team to resolve issues.<br><br>## System Features<br><br>### Video Playback<br>Video clips are sorted and accessed by year/date/time and can be played back while current recording is taking place. Playback can be in single, quad or all camera views as well as a frame by frame thumbnail view allowing easy identification of any incident. Additional features are provided for single frame image enhancement and printing. Single frames can be enhanced for brightness, contrast and sharpness and exported in various graphic formats including JPEG, or printed directly from the software.<br><br>### Video Exporting<br>Individual video clips can be exported in standard AVI format, with time and date stamp and played in Windows Media Player. Backing up a whole block of time is simple with the new integrated backup utility. Not only can you select the timeframe, cameras, logs, etc., but the resulting CD includes a copy of the Video Playback program, allowing the end user to browse through it in the same way as if they were using a DTT On-Site server itself.<br><br>### Advanced Playback Features<br>It is also possible to search the recorded video for motion events in any chosen region of the video.<br><br>### Digital Watermarking<br>Digital Watermarking can be selected, to prove the integrity of recorded videos. This is particularly useful if recordings are to be used as evidence in court.<br><br>### Alarm and Email functions<br>The software can be configured to send alert emails, including time-stamped snapshots, when motion is detected, temperature modules detect highs or lows, backdoors or safes are opened, etc.<br><br>### Remote Communication<br>Watching video streams from one or many locations is supported by the built-in web server, allowing you to remote in from anywhere without any special software required. Web server supports live viewing with 2-way audio, as well as playback and system log auditing. Video can be streamed at 320x240 or 640x480 allowing for better remote video quality. |

***CONFIDENTIAL***

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| displaying only the one or more requested specific streams of the video images on the remote computing device. | <br><br>With the 360iQ mobile application, you can step out of the office, but not away from your business.<br>- Watch Live and Historical video in High Definition from all your locations.<br>- Be everywhere at once. See multiple stores streaming simultaneously.<br>- Integrate your existing surveillance with transactional data.<br>- View transactions as they occur using Live Sales functionality.<br>- Our intuitive algorithms will flag incidents for you to review, saving you time & money.<br>- Be alerted when any suspicious activities occur such as discount abuse, employee meal abuse, backdoor theft, and more.<br>- Track your enterprise Key Performance Indicators in real time in one place using Reports.<br>- Use Custom Reports to tailor reports to your specific business needs.<br>- View reports generated by the 360iQ auditing team.<br>- Notify other users about questionable transactions so you can work as a team to resolve issues. |

*CONFIDENTIAL*

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| 2. The method of claim 1, wherein the remote viewing of the given video stream is contemporaneous with the live viewing and storage. | <br><br>With the 360iQ mobile application, you can step out of the office, but not away from your business.<br>- Watch Live and Historical video in High Definition from all your locations.<br>- Be everywhere at once. See multiple stores streaming simultaneously.<br>- Integrate your existing surveillance with transactional data.<br>- View transactions as they occur using Live Sales functionality.<br>- Our intuitive algorithms will flag incidents for you to review, saving you time & money.<br>- Be alerted when any suspicious activities occur such as discount abuse, employee meal abuse, backdoor theft, and more.<br>- Track your enterprise Key Performance Indicators in real time in one place using Reports.<br>- Use Custom Reports to tailor reports to your specific business needs.<br>- View reports generated by the 360iQ auditing team.<br>- Notify other users about questionable transactions so you can work as a team to resolve issues. |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| 3. The method of claim 1, wherein the remote viewing of the given video stream is conducted subsequent to the live viewing and storage. | # System Features<br><br>## Video Playback<br>Video clips are sorted and accessed by year/date/time and can be played back while current recording is taking place. Playback can be in single, quad or all camera views as well as a frame by frame thumbnail view allowing easy identification of any incident. Additional features are provided for single frame image enhancement and printing. Single frames can be enhanced for brightness, contrast and sharpness and exported in various graphic formats including JPEG, or printed directly from the software.<br><br>## Video Exporting<br>Individual video clips can be exported in standard AVI format, with time and date stamp and played in Windows Media Player. Backing up a whole block of time is simple with the new integrated backup utility. Not only can you select the timeframe, cameras, logs, etc., but the resulting CD includes a copy of the Video Playback program, allowing the end user to browse through it in the same way as if they were using a DTT On-Site server itself.<br><br>## Advanced Playback Features<br>It is also possible to search the recorded video for motion events in any chosen region of the video.<br><br>## Digital Watermarking<br>Digital Watermarking can be selected, to prove the integrity of recorded videos. This is particularly useful if recordings are to be used as evidence in court.<br><br>## Alarm and Email functions<br>The software can be configured to send alert emails, including time-stamped snapshots, when motion is detected, temperature modules detect highs or lows, backdoors or safes are opened, etc.<br><br>## Remote Communication<br>Watching video streams from one or many locations is supported by the built-in web server, allowing you to remote in from anywhere without any special software required. Web server supports live viewing with 2-way audio, as well as playback and system log auditing. Video can be streamed at 320x240 or 640x480 allowing for better remote video quality. |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| 4. The method of claim 1, wherein the remote computing device and the network environment communicate through the Internet. | # System Features<br><br>### Video Playback<br>Video clips are sorted and accessed by year/date/time and can be played back while current recording is taking place. Playback can be in single, quad or all camera views as well as a frame by frame thumbnail view allowing easy identification of any incident. Additional features are provided for single frame image enhancement and printing. Single frames can be enhanced for brightness, contrast and sharpness and exported in various graphic formats including JPEG, or printed directly from the software.<br><br>### Video Exporting<br>Individual video clips can be exported in standard AVI format, with time and date stamp and played in Windows Media Player. Backing up a whole block of time is simple with the new integrated backup utility. Not only can you select the timeframe, cameras, logs, etc., but the resulting CD includes a copy of the Video Playback program, allowing the end user to browse through it in the same way as if they were using a DTT On-Site server itself.<br><br>### Advanced Playback Features<br>It is also possible to search the recorded video for motion events in any chosen region of the video.<br><br>### Digital Watermarking<br>Digital Watermarking can be selected, to prove the integrity of recorded videos. This is particularly useful if recordings are to be used as evidence in court.<br><br>### Alarm and Email functions<br>The software can be configured to send alert emails, including time-stamped snapshots, when motion is detected, temperature modules detect highs or lows, backdoors or safes are opened, etc.<br><br>### Remote Communication<br>Watching video streams from one or many locations is supported by the built-in web server, allowing you to remote in from anywhere without any special software required. Web server supports live viewing with 2-way audio, as well as playback and system log auditing. Video can be streamed at 320x240 or 640x480 allowing for better remote video quality.<br><br>With the 360iQ mobile application, you can step out of the office, but not away from your business.<br>- Watch Live and Historical video in High Definition from all your locations.<br>- Be everywhere at once. See multiple stores streaming simultaneously.<br>- Integrate your existing surveillance with transactional data.<br>- View transactions as they occur using Live Sales functionality.<br>- Our intuitive algorithms will flag incidents for you to review, saving you time & money.<br>- Be alerted when any suspicious activities occur such as discount abuse, employee meal abuse, backdoor theft, and more.<br>- Track your enterprise Key Performance Indicators in real time in one place using Reports.<br>- Use Custom Reports to tailor reports to your specific business needs.<br>- View reports generated by the 360iQ auditing team.<br>- Notify other users about questionable transactions so you can work as a team to resolve issues. |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| 5. The method of claim 1, wherein the broadband connection has a bandwidth of 2-6 Megabits per second (Mbps). | This is a typical characteristic of ADSL connections and Wireless Mobile Phone connections. |

*CONFIDENTIAL*

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| 6. A method of viewing, on a remote viewing device of a video surveillance system, multiple simultaneously displayed and stored video images, comprising the steps of: | <br><br>**Cloud-Hosted Data**<br><br>DTiQ's powerful business intelligence dashboard is hosted in the cloud, allowing users to analyze data, view video, and examine exceptions from any location. |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| receiving video images at a personal computer based system from a plurality of video sources, wherein each of the plurality of video sources comprises a camera of the video surveillance system; | # System Features<br><br>### Video Compression<br>A choice of Fast MPEG4, Fast MPEG4-ASP, Fast H.264 or H.264 V2 compression for local recording is selectable by camera. A preview of compression as well as video attributes is available in real time from the configuration menu.<br><br>### Video Resolution<br>Video pixel resolution ranging from 320x240 to 640x480 per camera is selectable.<br><br>### Individual Camera Adjustment<br>Brightness, Contrast, Hue and Saturation are all adjustable for each individual camera.<br><br>### Multiple Interface Options<br>Software can be controlled with simple clicks of a mouse, or through a touch screen, on-screen keyboard or an optional wireless remote control.<br><br>### Multiple Display Options<br>Live video can be displayed in single camera for various multi-camera modes, configurable to your needs and can be switched with a single mouse click allowing you to see what you want, when you want.<br><br>### Recording Modes<br>Each camera can be configured to record in a variety of modes to best suit your needs. Motion Detect mode utilizes the built-in motion detection to record video only when motion is present, in conjunction with the Pre-Recoding mode you can rest assured nothing will be missed. Continuous recording mode allows for capture of video 24-7, while it is still possible to log motion events that make reviewing considerably easier.<br><br>### Motion Detection<br>Sensitivity and Areas for "motion ignore" can be set per camera. Multiple mask areas per image are allowed.<br><br>### Scheduling<br>Recording modes, as well as remote access and email alerts, are configurable by camera, and time and day of the week to ensure the best performance.<br><br>### Smart Recording<br>Smart Recording can be selected by camera to maximize recording speed. Smart Recording shares the full recording speed between those cameras actually recording at any one time. |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| digitizing any of the images not already in digital form using an analog-to-digital converter; | # System Features<br><br>## Video Compression<br>A choice of Fast MPEG4, Fast MPEG4-ASP, Fast H.264 or H.264 V2 compression for local recording is selectable by camera. A preview of compression as well as video attributes is available in real time from the configuration menu.<br><br>## Video Resolution<br>Video pixel resolution ranging from 320x240 to 640x480 per camera is selectable.<br><br>## Individual Camera Adjustment<br>Brightness, Contrast, Hue and Saturation are all adjustable for each individual camera.<br><br>## Multiple Interface Options<br>Software can be controlled with simple clicks of a mouse, or through a touch screen, on-screen keyboard or an optional wireless remote control.<br><br>## Multiple Display Options<br>Live video can be displayed in single camera for various multi-camera modes, configurable to your needs and can be switched with a single mouse click allowing you to see what you want, when you want.<br><br>## Recording Modes<br>Each camera can be configured to record in a variety of modes to best suit your needs. Motion Detect mode utilizes the built-in motion detection to record video only when motion is present, in conjunction with the Pre-Recoding mode you can rest assured nothing will be missed. Continuous recording mode allows for capture of video 24-7, while it is still possible to log motion events that make reviewing considerably easier.<br><br>## Motion Detection<br>Sensitivity and Areas for "motion ignore" can be set per camera. Multiple mask areas per image are allowed.<br><br>## Scheduling<br>Recording modes, as well as remote access and email alerts, are configurable by camera, and time and day of the week to ensure the best performance.<br><br>## Smart Recording<br>Smart Recording can be selected by camera to maximize recording speed. Smart Recording shares the full recording speed between those cameras actually recording at any one time. |

*CONFIDENTIAL*

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| displaying one or more of the digitized images in separate windows on a personal computer based display device, using a first set of temporal and spatial parameters associated with each image in each window; |  |



**Safety & Security**

Protect assets and employees, minimize liability, and even interact real-time.

# System Features

### Video Compression
A choice of Fast MPEG4, Fast MPEG4-ASP, Fast H.264 or H.264 V2 compression for local recording is selectable by camera. A preview of compression as well as video attributes is available in real time from the configuration menu.

### Video Resolution
Video pixel resolution ranging from 320x240 to 640x480 per camera is selectable.

### Individual Camera Adjustment
Brightness, Contrast, Hue and Saturation are all adjustable for each individual camera.

### Multiple Interface Options
Software can be controlled with simple clicks of a mouse, or through a touch screen, on-screen keyboard or an optional wireless remote control.

### Multiple Display Options
Live video can be displayed in single camera for various multi-camera modes, configurable to your needs and can be switched with a single mouse click allowing you to see what you want, when you want.

## CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House

| Patent Claim Language | Application to Huddle House |
|---|---|
| | **Recording Modes**<br><br>Each camera can be configured to record in a variety of modes to best suit your needs. Motion Detect mode utilizes the built-in motion detection to record video only when motion is present, in conjunction with the Pre-Recoding mode you can rest assured nothing will be missed. Continuous recording mode allows for capture of video 24-7, while it is still possible to log motion events that make reviewing considerably easier.<br><br>**Motion Detection**<br><br>Sensitivity and Areas for "motion ignore" can be set per camera. Multiple mask areas per image are allowed.<br><br>**Scheduling**<br><br>Recording modes, as well as remote access and email alerts, are configurable by camera, and time and day of the week to ensure the best performance.<br><br>**Smart Recording**<br><br>Smart Recording can be selected by camera to maximize recording speed. Smart Recording shares the full recording speed between those cameras actually recording at any one time. |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| converting one or more of the video source images into a selected video format in a particular resolution, using a second set of temporal and spatial parameters associated with each image; | # System Features<br><br>## Video Compression<br>A choice of Fast MPEG4, Fast MPEG4-ASP, Fast H.264 or H.264 V2 compression for local recording is selectable by camera. A preview of compression as well as video attributes is available in real time from the configuration menu.<br><br>## Video Resolution<br>Video pixel resolution ranging from 320x240 to 640x480 per camera is selectable.<br><br>## Individual Camera Adjustment<br>Brightness, Contrast, Hue and Saturation are all adjustable for each individual camera.<br><br>## Multiple Interface Options<br>Software can be controlled with simple clicks of a mouse, or through a touch screen, on-screen keyboard or an optional wireless remote control.<br><br>## Multiple Display Options<br>Live video can be displayed in single camera for various multi-camera modes, configurable to your needs and can be switched with a single mouse click allowing you to see what you want, when you want.<br><br>## Recording Modes<br>Each camera can be configured to record in a variety of modes to best suit your needs. Motion Detect mode utilizes the built-in motion detection to record video only when motion is present, in conjunction with the Pre-Recoding mode you can rest assured nothing will be missed. Continuous recording mode allows for capture of video 24-7, while it is still possible to log motion events that make reviewing considerably easier.<br><br>## Motion Detection<br>Sensitivity and Areas for "motion ignore" can be set per camera. Multiple mask areas per image are allowed.<br><br>## Scheduling<br>Recording modes, as well as remote access and email alerts, are configurable by camera, and time and day of the week to ensure the best performance.<br><br>## Smart Recording<br>Smart Recording can be selected by camera to maximize recording speed. Smart Recording shares the full recording speed between those cameras actually recording at any one time. |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| contemporaneously storing at least a subset of the converted images in a storage device in a network environment; |  |

OSS

Off-Site Storage automatically uploads surveillance to DTiQ's secure video cloud, ensuring that video is saved in the event that your DVR is damaged or stolen.

# System Features

**Video Compression**

A choice of Fast MPEG4, Fast MPEG4-ASP, Fast H.264 or H.264 V2 compression for local recording is selectable by camera. A preview of compression as well as video attributes is available in real time from the configuration menu.

**Video Resolution**

Video pixel resolution ranging from 320x240 to 640x480 per camera is selectable.

**Individual Camera Adjustment**

Brightness, Contrast, Hue and Saturation are all adjustable for each individual camera.

**Multiple Interface Options**

Software can be controlled with simple clicks of a mouse, or through a touch screen, on-screen keyboard or an optional wireless remote control.

**Multiple Display Options**

Live video can be displayed in single camera for various multi-camera modes, configurable to your needs and can be switched with a single mouse click allowing you to see what you want, when you want.

**Recording Modes**

Each camera can be configured to record in a variety of modes to best suit your needs. Motion Detect mode utilizes the built-in motion detection to record video only when motion is present, in conjunction with the Pre-Recoding mode you can rest assured nothing will be missed. Continuous recording mode allows for capture of video 24-7, while it is still possible to log motion events that make reviewing considerably easier.

*CONFIDENTIAL*

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| contemporaneously storing at least a subset of the converted images in a storage device in a network environment; | **Motion Detection**<br>Sensitivity and Areas for "motion ignore" can be set per camera. Multiple mask areas per image are allowed.<br><br>**Scheduling**<br>Recording modes, as well as remote access and email alerts, are configurable by camera, and time and day of the week to ensure the best performance.<br><br>**Smart Recording**<br>Smart Recording can be selected by camera to maximize recording speed. Smart Recording shares the full recording speed between those cameras actually recording at any one time. |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| providing a communications link to allow an external viewing device to access the storage device; | # System Features<br><br>### Video Playback<br>Video clips are sorted and accessed by year/date/time and can be played back while current recording is taking place. Playback can be in single, quad or all camera views as well as a frame by frame thumbnail view allowing easy identification of any incident. Additional features are provided for single frame image enhancement and printing. Single frames can be enhanced for brightness, contrast and sharpness and exported in various graphic formats including JPEG, or printed directly from the software.<br><br>### Video Exporting<br>Individual video clips can be exported in standard AVI format, with time and date stamp and played in Windows Media Player. Backing up a whole block of time is simple with the new integrated backup utility. Not only can you select the timeframe, cameras, logs, etc., but the resulting CD includes a copy of the Video Playback program, allowing the end user to browse through it in the same way as if they were using a DTT On-Site server itself.<br><br>### Advanced Playback Features<br>It is also possible to search the recorded video for motion events in any chosen region of the video.<br><br>### Digital Watermarking<br>Digital Watermarking can be selected, to prove the integrity of recorded videos. This is particularly useful if recordings are to be used as evidence in court.<br><br>### Alarm and Email functions<br>The software can be configured to send alert emails, including time-stamped snapshots, when motion is detected, temperature modules detect highs or lows, backdoors or safes are opened, etc.<br><br>### Remote Communication<br>Watching video streams from one or many locations is supported by the built-in web server, allowing you to remote in from anywhere without any special software required. Web server supports live viewing with 2-way audio, as well as playback and system log auditing. Video can be streamed at 320x240 or 640x480 allowing for better remote video quality. |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| receiving, from a remote viewing device ~~remoted~~ located remotely from the video surveillance system, a request to receive one or more specific streams of the video images; | <br><br>With the 360iQ mobile application, you can step out of the office, but not away from your business.<br>- Watch Live and Historical video in High Definition from all your locations.<br>- Be everywhere at once. See multiple stores streaming simultaneously.<br>- Integrate your existing surveillance with transactional data.<br>- View transactions as they occur using Live Sales functionality.<br>- Our intuitive algorithms will flag incidents for you to review, saving you time & money.<br>- Be alerted when any suspicious activities occur such as discount abuse, employee meal abuse, backdoor theft, and more.<br>- Track your enterprise Key Performance Indicators in real time in one place using Reports.<br>- Use Custom Reports to tailor reports to your specific business needs.<br>- View reports generated by the 360iQ auditing team.<br>- Notify other users about questionable transactions so you can work as a team to resolve issues. |

*CONFIDENTIAL*

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| transmitting, either directly from one or more of the plurality of video sources or from the storage device over the communication link traversing the Internet to the remote viewing device, and in the selected video format in the particular resolution, the selected video format being a progressive video format which has a frame rate of less than substantially 24 frames per second using a third set of temporal and spatial parameters associated with each image, a version or versions of one or more of the video images to the remote viewing device; and | With the 360iQ mobile application, you can step out of the office, but not away from your business.<br>- Watch Live and Historical video in High Definition from all your locations.<br>- Be everywhere at once. See multiple stores streaming simultaneously.<br>- Integrate your existing surveillance with transactional data.<br>- View transactions as they occur using Live Sales functionality.<br>- Our intuitive algorithms will flag incidents for you to review, saving you time & money.<br>- Be alerted when any suspicious activities occur such as discount abuse, employee meal abuse, backdoor theft, and more.<br>- Track your enterprise Key Performance Indicators in real time in one place using Reports.<br>- Use Custom Reports to tailor reports to your specific business needs.<br>- View reports generated by the 360iQ auditing team.<br>- Notify other users about questionable transactions so you can work as a team to resolve issues.<br><br>## System Features<br><br>### Video Playback<br>Video clips are sorted and accessed by year/date/time and can be played back while current recording is taking place. Playback can be in single, quad or all camera views as well as a frame by frame thumbnail view allowing easy identification of any incident. Additional features are provided for single frame image enhancement and printing. Single frames can be enhanced for brightness, contrast and sharpness and exported in various graphic formats including JPEG, or printed directly from the software.<br><br>### Video Exporting<br>Individual video clips can be exported in standard AVI format, with time and date stamp and played in Windows Media Player. Backing up a whole block of time is simple with the new integrated backup utility. Not only can you select the timeframe, cameras, logs, etc., but the resulting CD includes a copy of the Video Playback program, allowing the end user to browse through it in the same way as if they were using a DTT On-Site server itself.<br><br>### Advanced Playback Features<br>It is also possible to search the recorded video for motion events in any chosen region of the video.<br><br>### Digital Watermarking<br>Digital Watermarking can be selected, to prove the integrity of recorded videos. This is particularly useful if recordings are to be used as evidence in court.<br><br>### Alarm and Email functions<br>The software can be configured to send alert emails, including time-stamped snapshots, when motion is detected, temperature modules detect highs or lows, backdoors or safes are opened, etc.<br><br>### Remote Communication<br>Watching video streams from one or many locations is supported by the built-in web server, allowing you to remote in from anywhere without any special software required. Web server supports live viewing with 2-way audio, as well as playback and system log auditing. Video can be streamed at 320x240 or 640x480 allowing for better remote video quality. |

*CONFIDENTIAL*

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Huddle House**

| Patent Claim Language | Application to Huddle House |
|---|---|
| displaying only the one or more requested specific streams of the video images on the remote computing devi ce. |  |

- "System Features" taken from DTT's "System Features" Document.
- Systems images taken from DTT web site.
- Remote viewng features taken from Apple Store DTiQ App description..

*CONFIDENTIAL*