

**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS
CLERK**

203 Gilmore Drive
Amory, MS   38821

Telephone:   (662) 369-4952

911 Jackson Avenue, Suite 369
Oxford, MS   38655
Telephone: (662) 234-1971

305 Main Street, Suite 329
Post Office Box 190
Greenville, MS   38701

November 23, 2020

Hawk Technology Systems, LLC

v.  Case No. 4:20cv184-DMB-JMV

Huddle House, Inc.

**PLEASE TAKE NOTICE** that the court file does not show that a summons has been served on the following party(ies):

Huddle House, Inc.

DAVID CREWS, CLERK

By:   s/ Jennifer L. Adams
Deputy Clerk/Case Manager