**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**HAWK TECHNOLOGY SYSTEMS, LLC,**

    **Plaintiff,**

v.

**HUDDLE HOUSE, INC.,**

    **Defendant.**

Civil No. 4:20-cv-184-DMB-JMV

## ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

The Court, having reviewed the Stipulated Motion for Extension of Time for Defendant to Respond to Complaint, and for good cause shown, **GRANTS** the Motion.

**IT IS HEREBY ORDERED** that Defendant shall have until January 21, 2021, to answer or otherwise respond to Plaintiff's Complaint.

Dated this 5th day of January, 2021.

                                        /s/ Jane M. Virden
                                        United States Magistrate Judge