# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**HAWK TECHNOLOGY SYSTEMS, LLC,**

    **Plaintiff,**

    v.                                          Case No. 4:20-cv-00184-DMB-JMV

**HUDDLE HOUSE, INC.,**

    **Defendant.**

## NOTICE OF APPEARANCE OF MATTHEW M. LUBOZYNSKI

    PLEASE TAKE NOTICE that Matthew M. Lubozynski of the law firm of Wyatt, Tarrant & Combs, LLP hereby enters his appearance as additional counsel on behalf of Defendant Huddle House, Inc. in the above-captioned matter.

Dated: February 22, 2021.                Respectfully submitted,

                                         By: /s/ Matthew M. Lubozynski

                                         Byron N. Brown IV (MS Bar No. 101640)
                                         Matthew M. Lubozynski (*pro hac vice*)
                                         WYATT, TARRANT & COMBS, LLP
                                         6070 Poplar Ave., Suite 300
                                         Memphis TN 38119-3907
                                         (901) 537-1000
                                         bbrown@wyattfirm.com
                                         mlubozynski@wyattfirm.com

                                         Jared J. Braithwaite
                                         (*pro hac application forthcoming*)
                                         MASCHOFF BRENNAN
                                         111 Main Street, Suite 600
                                         Salt Lake City, Utah 84111
                                         (801) 297-1850
                                         jbraithwaite@mabr.com

                                         Attorneys for Defendant
                                         Huddle House, Inc.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 22, 2021, a true and correct copy of the foregoing has been served upon the following counsel, via the Court's ECF filing system:

Frank J. Dantone
Henderson Dantone, P.A.
241 Main St.
P.O. Box 778
Greenville, MS 38702

                                         /s/ Matthew M. Lubozynski