**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**MINUTES**

**CASE NO.: 4:20cv184-DMB-JMV**  **PLACE HELD - Telephonic**

**HAWK TECHNOLOGY SYSTEMS, LLC  VS.  HUDDLE HOUSE, INC.**

**DATE & TIME BEGAN/ENDED:**  February 23, 2021
10:00 a.m. – 10:30 a.m.

Total Time – 30 minutes

**PRESENT:**
Honorable Jane M. Virden, United States Magistrate Judge

| **Attorney for plaintiff** | **Attorneys for defendant** |
|---|---|
| Frank J. Dantone, Jr. | Byron N. Brown, IV |
| | Matthew M. Lubozynski |

**PROCEEDINGS:**  Case Management Conference

**Docket Entry:**  A telephonic case management conference was held in this anticipated 4-day jury trial matter.  A Case Management Order is being entered.

**DAVID CREWS, CLERK**

**By:** ____/s/ *Itonia R. Williams*____
Courtroom Deputy Clerk