# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CIVIL MINUTES

**CASE NO.: 4:20cv184-DMB-JMV**  **PLACE HELD - Telephonic**

**HAWK TECHNOLOGY SYSTEMS, LLC.**

**VS.**

**HUDDLE HOUSE, INC.**

**DATE & TIME BEGAN/ENDED:** August 9, 2021
10:00 a.m.– 10:15 a.m.

Total Time – 15 minutes

---

**PRESENT:**   Honorable Jane M. Virden, U.S. Magistrate Judge

| **Attorney for defendant** | **Attorneys for defendant** |
| --- | --- |
| Frank J. Dantone, Jr. | Byron N. Brown, IV |
|  | Jared J. Braithwaite |
|  | Matthew M. Lubozynski |

---

**PROCEEDINGS:**   Telephonic Status Conference

---

**Docket Entry:** A telephonic conference was held. re CMO deadlines. There is presently no relief sought.

**DAVID CREWS, CLERK**

**By:**  /s/ *Itonia R. Williams*
Courtroom Deputy Clerk